IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JUDY UNDERWOOD,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 4:16-cv-00962-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 38. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Finding, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge is accepted as the findings of the Court. Defendant's Motion for Summary Judgment (ECF No. 27) is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED** on this **5th day** of **October, 2017**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE