**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JUDY UNDERWOOD,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:16-cv-00962-O-BP** |
| | § | |
| **ALLSTATE FIRE AND CASUALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

The Court has entered its Order granting Defendant's Motion for Summary Judgment (ECF No. 27). Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that all claims against the Defendants are **DISMISSED with prejudice.**

All relief not specifically granted herein is hereby **DENIED**.

**SO ORDERED** on this **5th day** of **October, 2017**.

Reed O'Connor

**UNITED STATES DISTRICT JUDGE**